THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Demetrius Darnell Hunter,       
Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-169
Submitted January 29, 2004  Filed March 15, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant,
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  In June 2002, Appellant pled 
 guilty to voluntary manslaughter.  Following a standard guilty plea voir 
 dire, the court accepted Hunters guilty plea, and he was sentenced.  On 
 appeal, Appellant argues that the circuit court erred in accepting his plea 
 because he did not make it voluntarily and intelligently.  Appellants appellate 
 counsel has petitioned to be relieved as counsel, stating that she has reviewed 
 the record and has concluded Appellants appeal is without merit.  Appellant 
 has not filed a pro se brief.  
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.  
       

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.